

Meeting with the County

April 5, 2024

# Our Top Priorities

▶ Safety of Animals

▶ Safety of Customers

▶ Safety of Employees









# Marine Life Safety & Well-being

# Water Quality

- Water Pumped in from Biscayne Bay
- Filtration System
- Cooling System
- Water tested daily
- Temperature Checks
- Pools cleaned twice a week
- Dive teams scrub and vacuum



# DIET

► Dedicated Fish Building

► Restaurant Quality Fish

► Kept Frozen at -10F

► Thawed to 37F for 24 hours







# FOOD SAFETY PRECAUTIONS

- ➢ Fish Inspected Daily
- ➢ No Abnormalities Allowed
- ➢ Box Damaged - Discarded
- ➢ Failed Inspection - Discarded





## UNPARALLELED MONITORING

➢ Trained Veterinarians on Site

➢ All vitals are tracked

➢ Abnormality Detected:

    ➢ Animal Separated

    ➢ 24-hour monitoring







# Additional Care

- **Daily Physical Examinations**
- **Vitamin Supplements**
- **Training**
- **Socialization**





## DOLPHIN ENCOUNTER

➢ Sail Shades Added – USDA Compliant

➢ Protects dolphins from the sun





New Housing Facility with A/C



Parrot Covers for Outside





CONSUMER SAFETY

# Three Major Structures

▶ Top Deck Dolphin Show

▶ Flipper Stadium

▶ Golden Dome

▶ All three deemed structurally sound by engineering firm.






FLIPPER STADIUM - $200,000 FLOATING DECK WITH SUN SHADES

# GOLDEN DOME

▶ Sanded Down

▶ Resurfaced

▶ Painted





Safe for Patrons and Animals

MDC's Reasons to Terminate **20-Year** Lease

1. Maintenance of Animals

2. Maintenance of Premises

# Animal Maintenance

County Attempts to Terminate Lease for Alleged Violations of the AWA.

According to County's' Letter:

▶ Several "violations" found by USDA

▶ Repeat and ongoing "violations"

## County Misinformed:

Noncompliance ≠ Violation – Cure Provision

When noncompliance is corrected, not included on next report.  Next report does not say "fixed."

# Examples of USDA Noncompliance and Correction Animal Maintenance Issues

# Golden Dome

USDA Report November 2022:

"The front edge of the center stage has an area 12 inches wide and 10 inches back with missing paint…"

"Animals slide across the stage and may come in contact with these areas of concern."



➢ Seaquarium corrected immediately
➢ Compliance Issue Resolved
➢ Not included in subsequent USDA report

December 2023 Christmas Show



# Tropical Wings

USDA Report January 2024:

"The outdoor perches have colorful metal cones that can be used as shade… Several of these cones have areas around the bottom lip with flaking paint and rusty surfaces."



## Seaquarium Corrected Immediately!

# Premises Maintenance

According to County:

➢ Seaquarium has unsafe structures

➢ Other structures have code violations

1. Seaquarium immediately addressed issues, even if disagreed with County.

2. Historic Buildings
   ➢ Built 1955
   ➢ Saltwater from Ocean
   ➢ Repairs will always be ongoing

3. Most code violations are not in public areas.



Examples of "Failure to Maintain Premises"

MDC Claims:

The Whale Bowl is an "Unsafe Structure."



## Sequarium's Response

Whale Bowl:

1. Closed to the Public
2. Not in Use
3. Completely Fenced
4. Staff Cannot Access
5. Plans to Demolish
6. Awaiting Permit



MDC Claims:

Building U is an "Unsafe Structure."



Seaquarium's Response:

1. Not Accessible to Public
2. Used as Woodshop
3. Willing to demolish
4. Waiting on Permit
5. Fenced off



# Conclusion

MDC, USDA, and FWC all inspected property on March 19, 2024.

No major issues found.

Welcome you to tour property.

MDC should retract termination letter.

