

# OFFICE OF THE MAYOR
## MIAMI-DADE COUNTY

*via electronic and certified mail*

April 22, 2024

Mr. Eduardo Albor, President
The Dolphin Company
MS Leisure Company, Inc.
The Miami Seaquarium
4400 Rickenbacker Causeway
Key Biscayne, FL 33149

**RE:** Notice of Eviction
Property Address: 4400 Rickenbacker Causeway, Key Biscayne, Florida 33149
Folio No.: 30-4220-000-0010 (the "Property")

Dear Mr. Albor:

By letter dated March 7, 2024, Miami-Dade County ("Lessor") provided you, MS Leisure Company, Inc. ("Lessee"), with, among other things, notice of the Lessor's termination of the Amended and Restated Lease Agreement (as defined therein) on April 21, 2024.

Due to Lessee's failure and refusal to surrender and deliver possession of the Property in a timely manner, Lessor hereby provides notice of its intention to promptly pursue an eviction action to remove Tenant from the Property.

Should you have any interest in coordinating your prompt departure and surrender of the Property in accordance with the terms of the parties' lease agreement, please contact Jimmy Morales at: 305-375-2448 or by email at: mailto: Jimmy.Morales2@miamidade.gov.

**GOVERN YOURSELF ACCORDINGLY.**

Sincerely,

*[signature]*

c:   Geri Bonzon-Keenan, County Attorney
     Maria I. Nardi, Director, Parks, Recreation and Open Spaces

Certified Mail Number: 9589071052700157397159